(No. 6135—

WILLIAM T. OSMANSKI, D.D.S., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed August 30, 1971.*

WILLIAM T. OSMANSKI, D.D.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.